## United States District Court for the Northern District of Illinois

Case Number: 08CV1431   Assigned/Issued By: J. N.

Judge Name: KENDALL   Designated Magistrate Judge: KEYS

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2602330

Date Payment Rec'd: 3-10-08   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                            [ ] Alias Summons
[ ] Third Party Summons                [ ] Lis Pendens
[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                       _____
[ ] Citation to Discover Assets        _____
                                       (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

3 Original and 0 copies on 3-10-08 as to MARY PETERS; ATTNY
                         (Date)
GENERAL; U. S. ATTNY

C:\wpwin80\docket\feeinfo.frm    03/14/05