AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SCOTT P. SINKHORN

    Plaintiff,

V.

MARY E. PETERS, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION

    Defendant.

CASE NUMBER: **08 C 1431**

ASSIGNED JUDGE: **JUDGE KENDALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Mary E. Peters
Secretary of the Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.





| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mary E. Peters<br>Secretary of the Dept.<br>  of Transportation<br>1200 New Jersey Ave. S.E.<br>Washington, D.C. 20590 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7007 1490 0002 7176 7747 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20590

| | | |
|---|---|---|
| Postage | $ | $0.97 |
| Certified Fee | | $2.65 |
| Return Receipt Fee<br>(Endorsement Required) | | $2.15 |
| Restricted Delivery Fee<br>(Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.77 |

0172
10  Postmark Here
03/13/2008

Sent To: Mary E. Peters Secretary of Dept. of Transportation
Street, Apt. No.; or PO Box No.: 1200 New Jersey Ave. S.E.
City, State, ZIP+4: Washington, D.C. 20590

PS Form 3800, August 2006    See Reverse for Instructions

Article Number: 7007 1490 0002 7176 7747