UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT P. SINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 1431 |
| v. | ) | |
| | ) | |
| MARY E. PETERS, Secretary of the | ) | Judge Kendall |
| Department of Transportation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE SECRETARY'S ANSWER**

Defendant, Mary E. Peters, Secretary of Transportation, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, requests a 30 day enlargement of the time in which to answer or otherwise plead.  In support of this motion, the defendant states as follows:

1. The Secretary's answer is due on May 12, 2008.

2. The complaint is one alleging employment discrimination under Title VII.

3. The agency has been unable to compile and forward the documents necessary to answer the complaint.

4. The Secretary requires an additional 30 days to answer the complaint.

5. The undersigned Assistant United States Attorney has contacted plaintiff's counsel, who was not available to discuss this motion.

2

WHEREFORE, the Secretary requests an enlargement of time to June 11, 2008, to respond to plaintiff's complaint.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

                    By: s/ Kathryn A. Kelly
                        KATHRYN A. KELLY
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois 60604
                        (312) 353-1936
                        Kathryn.kelly@usdoj.gov