UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT P. SINKHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1431 |
| v. ) | |
| ) | Judge Kendall |
| MARY E. PETERS, SECRETARY OF THE ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, May 15, 2008** at **9:00 a.m.**, I will appear before Judge Kendall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the attached Motion for an Enlargement of Time to File Secretary's Answer, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-1936
    Kathryn.kelly@usdoj.gov