UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT P. SINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1431 |
| | ) | |
| MARY E. PETERS, Secretary, Department of Transportation, | ) ) ) | Judge Kendall |
| | ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties submit the following joint status report:

A.  Nature of the Case:
    1.  Michael Smith for plaintiff and U.S. Attorney's Office, Kathryn A. Kelly, for defendant
    2.  Title VII
    3.  Plaintiff alleges discrimination and retaliation in the workplace
    4.  All parties have been served
    5.  Whether defendant violated Title VII
    6.  Whether other employees were more favorably treated; whether plaintiff endured a hostile work environment

B.  Discovery:
    1.  No discovery to date
    2.  Defendant's counsel has consulted with plaintiff's attorney regarding deficiencies in the complaint; in lieu of a motion to dismiss, plaintiff proposes to amend the complaint.  Because of an unforeseen medical emergency out of state, plaintiff's counsel requests 30 days to amend the complaint.  Defendant requests 21 days to answer.
    3.  No rulings have been made
    4.  This is the first status report

D.  Trial:
    1.  The parties do not consent to proceed before a magistrate
    2.  Trial length is unknown, but parties estimate 3-5 days

E.  Settlement:

    1.  No settlement discussions to date

        Respectfully submitted,
        PATRICK J. FITZGERALD
        United States Attorney


        By: s/Kathryn A. Kelly
            KATHRYN A. KELLY
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois
            (312) 353-1936