# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Scott P. Sinkhorn
                    Plaintiff,

v.                                     Case No.: 1:08−cv−01431
                                          Honorable Virginia M. Kendall

Mary E Peters
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 7/30/2008 at 09:00 AM. Plaintiff is given leave to file a second amended complaint by 7/7/2008. Defendant is given to 7/28/2008 to answer or otherwise plead.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.