**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SCOTT P. SINKHORN**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No:  08 C 1431** |
| | ) | |
| vs. | ) | **Judge Virginia Kendall** |
| | ) | |
| **MARY E. PETERS, SECRETARY OF THE** | ) | |
| **DEPARTMENT OF TRANSPORTATION,** | ) | |
| | ) | **JURY DEMAND** |
| **Defendant.** | ) | |

## NOTICE OF ELECTRONIC FILING

    YOU ARE HEREBY NOTIFIED THAT we have this date filed in the Clerk in the Office of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

 Plaintiff's Second Amended Complaint

Dated: June 27, 2008

BY:/s/Michael T. Smith
Michael T. Smith

Michael T. Smith
Attorney for Plaintiff
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that on June 27, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Plaintiff's Second Amended Complaint.


Kathryn Ann Kelly
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604


BY:<u>s/Michael T. Smith</u>
Michael T. Smith
