**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Scott P. Sinkhorn
                Plaintiff,

v.                                             Case No.: 1:08−cv−01431
                                            Honorable Virginia M. Kendall

Mary E Peters
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 12/2/2008 at 09:00 AM. All fact discovery shall be completed by 12/1/2008. Dispositive motions with supporting memoranda due by 1/12/2009. Responses due by 2/9/2009. Replies due by 2/23/2009. Court will rule by mail. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.